1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BORKENHAGEN

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,       )    No. CR -12-00527- PSG
                                   )
12         Plaintiff,               )
                                   )    **STIPULATION TO CONTINUE THE**
13    v.                            )    **SENTENCING HEARING TO**
                                   )    **DECEMBER 20, 2012; [**~~PROPOSED~~**]**
14 KATHLEEN BORKENHAGEN,           )    **ORDER**
                                   )
15         Defendant.               )
                                   )    HONORABLE PAUL S. GREWAL
16

17
                              **STIPULATION**
18

19      Defendant and the government, through their respective counsel, subject to the court's

20 approval, hereby stipulate that the Court continue the status hearing in the above-captioned

21 matter, presently scheduled for November 27, 2012, at 9:30 a.m., to December 20, 2012, at 10:30

22 a.m.  The reason for the stipulation is as follows.  Counsel for the defense is continuing his

23 investigation which includes but is not limited to obtaining and reviewing Tax records, financial

24 records, including profit and loss statements needed to assess the loss amount which is relevant

25 to negotiating a resolution of this matter.   For these reasons, defense counsel needs additional

26 time to complete his investigation.

Stipulation to Continue Status Hearing;
[~~Proposed~~] Order
No. -12-00527- PSG                              1

The parties further agree and stipulate that the time from and including November 27, 2012, through and including December 20, 2012, should be excluded pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) to provide counsel reasonable time to prepare. Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: November 26, 2012

_____/s/_____
MANUEL ARAUJO,
Assistant Federal Public Defender

Dated: November 26, 2012

_____/s/_____
Timothy J. Lucy,
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the hearing in the above-captioned matter is continued from November 27, 2012, at 9:30 a.m., to December 20, 2012, at 10:30. It is further ordered that the period of delay from November 27, 2012, through and including December 20, 2012, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: November 26, 2012

*[signature]*
HONORABLE PAUL S. GREWAL,
United States Magistrate Judge

Stipulation to Continue Status Hearing;
[~~Proposed~~] Order
No. -12-00527- PSG                                2