STEVEN G. KALAR,
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BORKENAGEN

IT IS SO ORDERED AS MODIFIED.
Paul S. Grewal
Judge Paul S. Grewal

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR -12-00527- PSG |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING TO APRIL 12, 2013** |
| v. | ) | |
| KATHLEEN BORKENAGEN, | ) | |
| Defendant. | ) | **HONORABLE PAUL S. GREWAL** |

### STIPULATION

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for March 1, 2013, at 1:30 p.m., to April 12, 2013, at 9:30 a.m., or at an hour convenient to the court.  The reason for the stipulation is as follows.  Counsel for the defense is continuing his investigation which includes but is not limited to obtaining and reviewing Tax records, financial records, including profit and loss statements needed to assess the loss amount which is relevant to negotiating a resolution of this matter.   Counsel ordered and paid for what it considers relevant tax returns from the Internal Revenue Service.  The tax

returns as of this writing have not been received by the defense. For these reasons, defense counsel needs additional time to complete his investigation.

The parties further agree and stipulate that the time from and including March 1, 2013, through and including April 12, 2013, should be excluded pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) to provide counsel reasonable time to prepare. Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: February 27, 2013

_____/s/_____
MANUEL ARAUJO,
Assistant Federal Public Defender

Dated: February 27, 2013

_____/s/_____
TIMOTHY J. LUCY,
Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the hearing in the above-captioned matter is continued from March 1, 2013, through and including April 15, 2013 at 9am  It is further ordered that the period of delay from March 1, 2013, through and including April 15, 2013, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: February 27, 2013

_____
HONORABLE PAUL S. GREWAL,
United States Magistrate Judge