1  STEVEN G. KALAR,
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BORKENHAGEN

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,       )   No. CR -12-00527- PSG
                                   )
12          Plaintiff,              )
                                   )   **STIPULATION TO CONTINUE THE**
13      v.                          )   **STATUS HEARING TO JUNE 6, 2013;**
                                   )   [~~**PROPOSED**~~] **ORDER**
14 KATHLEEN BORKENHAGEN,           )
                                   )
15          Defendant.              )   <u>HONORABLE</u> PAUL S. GREWAL
                                   )
16 _____

17
                          **STIPULATION**
18

19      Defendant and the government, through their respective counsel, subject to the court's

20 approval, hereby stipulate that the Court continue the status hearing in the above-captioned

21 matter, presently scheduled for April 15, 2013, at 9:00, to June 6, 2013, at 10:30 a.m., or at an

22 hour convenient to the court.   The reason for the stipulation is as follows.  Counsel for the

23 defense is continuing his investigation.  Counsel ordered and paid for what it considers relevant

24 tax returns from the Internal Revenue Service. The defense has received some records from the

25 IRS, but is still attempting to obtain other IRS filings related to the defendant.  The defendant and

26 the government need additional time to review the documents and negotiate a resolution of the

1  matter.  For these reasons, defense counsel needs additional time to complete his investigation
2  and negotiate a disposition.
3      The parties further agree and stipulate that the time from and including April 15, 2013,
4  through and including June 6, 2013, should be excluded pursuant to Speedy Trial Act, 18 U.S.C.
5  §3161(h)(7)(A) and (B)(iv) to provide counsel reasonable time to prepare.  Accordingly, the
6  United States and the defendant agree that granting the requested exclusion of time will serve the
7  interest of justice and outweigh the interest of the public and defendant in a speedy trial.
8  Dated: April 11, 2013

           _____/s/_____
9          MANUEL  ARAUJO,
           Assistant Federal Public Defender
10

11 Dated: April 11, 2013

           _____/s/_____
12         Timothy J. Lucy,
           Assistant United States Attorney
13

14

15

                    [PROPOSED] ORDER
16

17      Good cause appearing and by stipulation of the parties, it is hereby ordered that the
18 hearing in the above-captioned matter is continued from April 15, 2013, at 9:00 a.m., to June 6,
19 2013, at 10:30.  It is further ordered that the period of delay from April 15, 2013, through and
20 including June 6, 2013, be excluded for purposes of Speedy Trial Act computations pursuant to
21 Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).
22

23 Dated: April 11, 2013

                    _____
24                  HONORABLE PAUL S. GREWAL,
                    United States Magistrate Judge
25

26