1  STEVEN G. KALAR
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BORKENAGEN

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

   UNITED STATES OF AMERICA,         )    No. CR -12-00527- PSG
12                                    )
              Plaintiff,              )
13                                    )    **STIPULATION TO CONTINUE THE**
        v.                            )    **STATUS CONFERENCE TO JUNE 27,**
14                                    )    **2013; [PROPOSED] ORDER**
   KATHLEEN BORKENAGEN,               )
15                                    )
              Defendant.              )    HONORABLE PAUL S. GREWAL
16  _____       )

17                        **STIPULATION**

18       Defendant and the government, through their respective counsel, subject to the court's

19  approval, hereby stipulate that the Court continue the status hearing in the above-captioned

20  matter, presently scheduled for June 6, 2013, at 10:30, to June 27, 2013, at 10:30 a.m., or at an

21  hour convenient to the court.  The reason for the stipulation is as follows.  Counsel for the

22  defense and the government are close to a resolution of the matter, but need additional time to

23  confer and review documents provided by the defense and to conduct some additional

24  investigation.  The parties further agree and stipulate that the time from and including June 6,

25  2013, through and including June 27, 2013, should be excluded pursuant to Speedy Trial Act, 18

26  U.S.C. §3161(h)(7)(A) and (B)(iv) to provide counsel reasonable time to prepare.  Accordingly,

1  the United States and the defendant agree that granting the requested exclusion of time will serve

2  the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

3  Dated: June 5, 2013                    STEVEN G. KALAR
                                           Federal Public Defender
4
                                           _____/s/_____
5                                          MANUEL  ARAUJO,
                                           Assistant Federal Public Defender
6

7  Dated: June 5, 2013                    MELINDA HAAG
                                           UNITED STATES ATTORNEY
8
                                           _____/s/_____
9                                          TIMOTHY J. LUCEY,
                                           Assistant United States Attorney
10

11

12
                            **[PROPOSED] ORDER**
13

14      Good cause appearing and by stipulation of the parties, it is hereby ordered that the

15  hearing in the above-captioned matter is continued from  June 6, 2013 to June 27, 2013.  It is

16  further ordered that the period of delay from  June 6, 2013, through and including June 27, 2013,

17  is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States

18  Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

19  Dated: June 5, 2013

20                                         _____
                                           HONORABLE PAUL S. GREWAL,
21                                         United States Magistrate Judge

22

23

24

25

26

Stipulation to Continue Status Hearing;
[Proposed] Order
No. -12-00527- PSG                         2