| | |
|---|---|
| 1 | STEVEN G. KALAR, |
|   | Federal Public Defender |
| 2 | MANUEL U. ARAUJO, |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant BORKENAGEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR -12-00527- PSG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE THE** |
| v. | ) | **STATUS HEARING TO JUNE 28, 2013;** |
| | ) | [~~PROPOSED~~] **ORDER** |
| KATHLEEN BORKENAGEN, | ) | |
| | ) | |
| Defendant. | ) | HONORABLE PAUL S. GREWAL |
| | ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for June 27, 2013, at 9:30, to June 28, 2013, at 9:30 a.m., or at an hour convenient to the court.  The reason for the stipulation is as follows. Counsel for the defense and the government are close to a resolution of the matter, but need additional time to confer, review documents provided by the defense and conduct some additional investigation.

The parties further agree and stipulate that the time from and including June 27, 2013, through and including June 28, 2013, should be excluded pursuant to Speedy Trial Act, 18

1  U.S.C. §3161(h)(7)(A) and (B)(iv) to provide counsel reasonable time to prepare. Accordingly,

2  the United States and the defendant agree that granting the requested exclusion of time will serve

3  the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

4  Dated: June 25, 2013

                                        _____/s/_____
5                                      MANUEL ARAUJO,
                                    Assistant Federal Public Defender

7  Dated: June 25, 2013

                                        _____/s/_____
8                                      TIMOTHY J. LUCY,
                                    Assistant United States Attorney

10  **[~~PROPOSED~~] ORDER**

12      Good cause appearing and by stipulation of the parties, it is hereby ordered that the

hearing in the above-captioned matter is continued from June 27, 2013 to June 28, 2013. It is

further ordered that the period of delay from June 27, 2013, through and including June 28,

2013, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United

States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

17  Dated: June 25, 2013

                                        _____
18                                     HONORABLE PAUL S. GREWAL,
                                   United States Magistrate Judge