1  MANUEL U. ARAUJO
   Attorney at Law
2  305 Vineyard Town Center
   Morgan Hill, CA  95037
3  Telephone:  (562) 818-3038
   manuelaraujo1978@gmail.com
4
   Counsel for Defendant BORKENHAGEN
5

*IT IS SO ORDERED AS MODIFIED.*
*Judge Paul S. Grewal*

6
                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                         SAN JOSE DIVISION
9

10
   UNITED STATES OF AMERICA,        )   No.  CR-12-00527- PSG
11                                  )
              Plaintiff,            )
12                                  )   STIPULATION AND [~~PROPOSED~~]
   vs.                              )   ORDER TO CONTINUE HEARING TO
13                                  )   DECEMBER 5, 2013, at ~~1:00 p.m.~~
   KATHLEEN BORKENHAGEN,            )   8:30 a.m.
14                                  )
              Defendant.            )
15 _____)

16

17

18                            **STIPULATION**

19      The parties, Kathleen Borkenhagen, and the government, acting through their respective

20 counsel and subject to the Court's approval, stipulate that the hearing date currently set for

21 October 17, 2013, in the above entitled cases be vacated and that the Court set a new hearing date

22 of December 5, 2013, at 1:00 p.m..

23      The request for the continuance of the hearing is based on the defense's ongoing

24 investigation regarding sentencing issues.  For these reasons the parties request the continuance

25 to December 5, 2013.

26      Counsel for the defendant has consulted with United States Probation Officer Benjamin

Flores and he has no objection to the continuance nor the date.

Dated: September 10, 2013

                                                                                       ___/s/_____
                                                                                       Manuel U. Araujo,
                                                                                       Attorney for Defendant
                                                                                       Irineo Alvarez-Chavez

Dated: September 10, 2013

                                                                                      ___/s/_____
                                                                                      Timothy J. Lucey,
                                                                                      Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the hearing in cases numbered shall be continued from October 17, 2013, to December 5, 2013, at 8:30 a.m.

IT IS SO ORDERED.

Dated: September 11, 2013

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge